Your Name: Shruti Shetty
Address: 640 Clay St 104, SF, CA - 94111
Phone Number: 415-688-5623
Fax Number:
E-mail Address: shruwork@gmail.com
Pro Se Plaintiff

FILED
FEB 23 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
LB

United States District Court
Northern District of California

CV 17 933

| | |
|---|---|
| Shruti Shetty<br><br>Plaintiff(s),<br>vs.<br>Cisco, Alphabet, Yahoo, Google, US Govt, Philips, Gujurat Govt, Indian Govt, Pierre Patino, Ray D'Ambrosio, MBRDNA, Argela, Tesla, Reliance, Small_Business_Fraud, et al.<br>Defendant(s). | Case Number: *[leave blank]*<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes ☐ No ■ |

1. **Parties in this Complaint**

a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

Name: Shruti Shetty

Address: 640 Clay St #104 SF, CA - 94111

Phone number: 415-688-5623

b. **Defendant(s).** *Write the full name and address of every defendant. If the defendant is a corporation, write the state where it is incorporated and the state where it has its main place of business. Use more pages if you need to.*

**Defendant 1:**

Name: Cisco Systems

Address: 170 West Tasman Dr. San Jose,

CA 95134-1706. San Jose, CA

**Defendant 2:**

Name: Alphabet

Address: 1600 Amphitheatre Pkwy

MOUNTAIN VIEW, CA 94043-1351

**Defendant 3:**

Name: MBRDNA

Address: 309 N Pastoria Ave, Sunnyvale, CA 94085

**Defendant 4:**

Name: Philips

Address: Royal Philips Amstelplein 2 1096 BC Amsterdam

P.O Box 77900 1070 MX Amsterdam The Netherlands

2. **Jurisdiction**

*Usually, only two types of cases can be filed in federal court: cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*

☑ My case belongs in federal court under federal question jurisdiction because it is about federal law(s) or right(s).

*Which law(s) or right(s) are involved?* Abuse of Anti-Trust Laws, Anti-Competitive Laws, Patent Infringement, Human & Civil Rights,Genocide,Toxic Tort, Identity Fraud & Mail Fraud.

☐ My case belongs in federal court under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants AND the amount of damages is more than $75,000.

3. **Venue**

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants live in California AND at least one of the defendants lives in this district; OR 2) A substantial part of the events you are suing about happened in this district; OR 3) A substantial part of the property that you are suing about is located in this district; OR 4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because 1, 2, 4.

4. **Intradistrict Assignment**

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge. Explain which division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR Eureka*] Division of this Court because San Francisco, CA

5. **Statement of Facts and Claims**

*Write a short and simple description of the facts of your case. Include WHERE and WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW you were harmed. If you know which laws or rights the defendant violated, you can include them, but you do not need to make legal arguments. Put each fact or claim into a separate, numbered*

*paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You may attach documents that support your claims to the end of this Complaint as exhibits. Explain what each exhibit is, when and how you got it, and how it supports your claims. Attaching a document to your Complaint does* ***not*** *necessarily mean that it will be accepted as evidence.*

ATTACHED PAGE 1 OF 176

6. **Demand for Relief**

*State what you want the Court to do for you. For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount.*

ATTACHED PAGE 17 OF 17 8

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☑ Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint. Attach another page if you need to.*

Respectfully submitted,

Date: 02-22-2017 Sign Name:

Print Name: Shruti Shetty

Created By: Shruti Shetty
First Version draft: 2nd Feb 2017

Copyright Protected © - 2017
Final Version:22-02-2017

**STATUTES:**

**Bid Rigging Anti-trust:**

(Criminal Violation of Section 1 of Sherman Act):

Plaintiff's employer refused to strictly **conform to contract specifications**, and deviations made were not conveyed through a written confirmation or through customer's employees.

Plaintiff has a thorough understanding that she was solicited before the procurement of a project during the bid rigging phase in 2015.

The bribe solicitation was for confidential information during pre-bidding or bidding stage.

The sponsoror's of the activity refused to clearly state their motive given plaintiffs work assignments did not entail dealing with customers to win projects and hence had it wrapped in a way to keep the true motive from being exposed to avoid liability and ones fiduciary duty for breach of contract and theft of sensitive undisclosed highly valuable trade secrets using which -- contracts and investments were being bid for.

The lack of transparency made it apparent that they only attempted to use plaintiff for her connections to both: prevent any benefits to her, bring a shadow intermediary to siphon off her trade secrets and reality to juxtapose in and avail benefits for information that was stolen from her, as well as to avoid due diligence she would apply to prevent her name from being dragged into a malpractice that had economic espionage written all over it, hence it was not communicated to her through any government representatives as to what the demand, or the reasons for the solicitation were.

Her old reporting lines abrupt change in behaviour, other fraudulent and deceptive posing's was cause of grave concern to plaintiff and was rather glaring, shocking and puzzling as to why they would project them-self in a false light.

Contract managers, customers refused to maintain professional relationship with plaintiff, falsely projecting excessive familiarity. Other project bidders arranged for workplace violence through bribed out moles that gravely injured plaintiff.

Plaintiff determined relevant authorities to be intimated to handle the breach and notified the leadership team of her company and other government authorities of the US reached out to her to file a lawsuit that probably already were notified on a different front of the breach and had financial interests in it.

Plaintiff performed due diligence on interested parties that solicited her that included agents, consultants and other intermediaries involved in bids.

Heightened risk payments to agents/consultants/advisers/middle-men in the form of bribes were paid out in the bidding process that opened her up to extortion eventually.

Copyright Protected © - 2017


Many intermediaries that were non essential found a spot to serve as a foreign government mole to steal plaintiffs confidential and sensitive trade secrets apart from her know-how's and arranged for a violent defamatory campaign against her in her office through third parties that had no relevance to it at all but attempted to find a mention in the bid all of whom solicited/mobbed plaintiff. They reached out to local government for spectrum access and set up tents in our parents home, because bid was as part of the US government grant, that local businesses found great incentive in and were shocked that a rather low-key and private family plaintiff belonged to was at the centre of it, serving costly to our dignity and honour from the kind of despicable creeps that gained access to our privacy all done with the employers knowledge of the back handed activity. They served as red flags, as they eventually paid bribes to extortionists.

Plaintiff's employer eventually managed to expose her to an extortion putting her life in danger from the fallout of the arrangement they had made.
Plaintiff demanded prevention of exposure to customers, but her ex-employer continued to put her in a life-threatening position and continues to keep her extorted while availing them self sensitive information of her dealing outside the scope of the employment with the firm that holds no relevance to them and were industry associations maintained prior to her employment with them.
Plaintiff was dragged into an extortion to collect bribes from one of plaintiff's industry contacts that the employer was blackmailing.
Plaintiff was at a loss to afford herself any help from the employer or the industry contact -- and hence suffered irreparable harm at the hands of extortionists.
All these were attempting to heavily invest in doing away with her connections and enjoyed reputation, for not gaining any stakes in plaintiff's future career inclinations and used this as reason enough to avail them-self criminal sanctions to criminally intimidate her on FALSE CLAIMS and GLARINGLY FRAUDULENT PRETEXTS while availing themselves the luxury of concealing these documents.

Their far reaching connections kept plaintiff from availing law enforcements help whose inaction served further detrimental to her safety, outcomes, and other critical life decisions that were stalled putting her further in a dangerous position with the extortionists. Plaintiff reached out to them since March 2016 where they instead joined hands with monopoles and spread malicious rumours that became part of deceptive advertising campaigns spun around defendants that came under government radar for investigation, some of which were manufactured by defendants them self.

There were rogue employees that racketeered on the side, hired to electronically harass and torture her family and her doing the most reprehensible thing against her family crossing all moral and ethical boundaries even exhibiting extreme mental insanity through use of vulgar language and defence weapons of force as blackmail to attempt to trade her family if extortion and criminal solicitation requests were not adhered to apart from intimidation through false advertising and deceptive promotions.

Plaintiff took the following actions:

- Demanded prevention: to reduce the probability of the demand being made.
- Engaged at the industry level to stimulate a discussion on the relevant issues and the threat to the integrity of the industry as a whole after the solicitation

Copyright Protected © - 2017


had reached her privacy, she couldn't steal a private moment and indulged in work round the clock as a result even after escaping to protect herself that stalked her career plans given continued provocation and fear of trade secret theft that Cisco continued to glean from her.

- Reported every unlawful demand to law enforcement agencies and regulatory bodies without delay.
- Adopted and shared industry standard disciplinary measures against any employee involved in facilitating the demand.
- Informed any clients to whom an intermediary has made an illicit demand for bribes, if feasible.
- Identified "red flags", e.g. reputation for corruption, family relationship with government officials, no registered office or refusal to reveal owners.
- Determined whether the non-conformity of contract was inadvertent or deliberate – given it was deliberate, I terminated the contract.
- Challenged illegitimate claims by public officials after seeking legal advice.
- Negotiated with the government to enact laws and rules for transparent projects and transactions.
- Seeked the leverage of international visibility to expose corrupt practices and find quickly know-how's and resolution to the issues in face of incompetent legal system that was jeopardizing the course of justice.

In effect:
Plaintiff incurred exorbitant costs and losses - financial, professional and personal, to gain legal, government and administrative understanding of the relevant procedures to protect herself and mitigate the criminal fallout of corruption and bribery in her contract terms costing 8 years of her career growth, bankrupting her in the process. The employer used and abused plaintiff, stole all her clients and trade secrets, intellectual property, got her extorted, rather than choose to criminally prosecute, and hold liable, suspend or terminate the contract of the corrupt, fraudulent and bribed agents for the material breach and wilful misconduct of the soliciting party to indemnify them for the consequences of the solicitation.
Instead, they audaciously afforded to find immunity through criminal prosecution and sanctions against plaintiff after having had put her life in danger to keep her from exposing their wrongs to the industry at large.

Rigorous technical and financial terms and conditions (payment schedule and delays, currency of payment and bank account, strict conditions relating to the date of entry into force of the contract, etc.), including provisions addressing the payment of extra costs in case of an unusual or unforeseen change in the conditions of the contract to avoid the possibility of extortion was not heeded to.

Instead her secretively internalised visibility was capitalised on to win investments, after which a heavily invested deceptive campaign to malign her reputation was arranged for, since mid 2015, that displaced plaintiff in an abhorrent way, that Cisco and those involved took advantage of to glean all her industry contacts to set them up against each other through heavily funded physical attacks, homicidal attempts, criminal stalking, deceptive promotion, tie-in arrangement, theft, blackmail and sexist attacks that got adverse in 2016 when she did not buy into their schemes and instead chose to investigate the reasons for her continued demise since 2009 that got the

Copyright Protected © - 2017


defendants to avail criminal sanctions to trespass her privacy to torture and silence her for exposing them.

The legal and law enforcement of the county was not deemed reliable given excessive bribes and blatantly obvious corruption.

The employer or leadership did not alter the contract, clear the misgivings of other employees, or protect the employee from her direct reporting lines vulgar outburst to capitalise on an opportunity rarely afforded, and though they did due diligence to identify highly connected and visible employees that could be extorted if the bid rigging did not go as expected, that they capitalised on to arrange for multiple bids or mergers, they refused to arrange for her bail out or stop interfering in her life while aiding and abetting the extortion and other psychopathic agents she was exposed to through the employment that refused to stop criminally stalk her, putting her life in grave danger destroying the reality of her life overnight through their despicable presence.

Provide for the right to terminate the contract and charge demobilization costs if payments are outstanding for more than a certain time or if outstanding payments exceed a certain amount also, ensure that work cannot be attended to under a extortion situation, by a third party. Demobilization costs and all amounts outstanding are payable for the grave injury caused, intentional infliction of emotional distress apart from trauma through dishonest and criminal prosecution of law enforcement that severely deformed her physically after trespassing into her seclusion.

Her sensitive data and trade secrets is now available with all those that took part in the bidding phase that employ corrupt business practices and continue to stalk and blackmail plaintiff thus making the employer further liable for putting her life in danger, without her consent, jeopardizing outcomes relevant to her, while also refusing to admit to their breach.

Plaintiff sustained insurmountable physical injury as a result of continued chemical attacks, and toxic contamination. Her foot bone was dislocated leading to severe arthritis, her leg is permanently deformed in more than one place, toxic chemicals have resulted in burns through her body, and she lost 90% of her hair most of the remaining have turned grey through intentional chlorine contamination of water during investigation phase of the matter that plaintiff was addressing through everyday legal preparation since May 2016.

Employer took a rather disgruntled approach to what they internalised to be her contributions, for which they ascertained she enjoyed high visibility and chose to dilute or attack her by making her the subject of the study of a patent the brainchild of which is her that was infringed copyright passed off as another inventors brainchild. They have modified her DNA as a result of this while encouraging women and other ignoble agents to abuse her to make her appear sub-par.

Employees recklessly stole her previous employer's contributions, and publicly disclosed the patentable idea that was kept secret without having any bent or understanding in the value in it choosing to capitalise on her visibility through reprehensible demonstrations and hostility towards having multiple of her ex

Copyright Protected © - 2017


employers come partake in her work affairs during her fag end of the work assignment. The leadership had welcomed this to the disgruntlement of low level employees to look out to expand their business, but chose to pay no heed to bail plaintiff out to her deplorable treatment at forcefully posing middle men's hands that deserved capital punishment for their heinous and outrageous criminal antiques.

The employer on a different front also investigated the assets her family owned outside the scope of the contract taking matters in their hands to determine their financial standing and chose to publicly disclose their private assets and grossly defamed her family costing them their reputation.

Some employees got involved with local small businesses and took help of foreign spies to cause her family extreme financial injury, infliction of emotional distress, deceptively promote, abuse and pass off her name in association to their sub-par activities, and destroyed her families peace of mind, apart from repeated chemical, nuclear and genetic warfare illegally used for private exploits out of intense envy and rage.

CAUSE OF ACTIONS: INFRINGEMENT OF MULTIPLE MISAPPROPRIATED PATENTS
35 USC § 182. PATENTS:

Abandonment of invention for unauthorized disclosure. The invention disclosed in an application for patent subject to an order made pursuant to section 181 of this title may be held abandoned upon its being established by the Commissioner of Patents that in violation of said order the invention has been published or disclosed or that an application for a patent therefore has been filed in a foreign country by the inventor, his successors, assigns, or legal representatives, or anyone in privity with him or them, without the consent of the Commissioner of Patents. The abandonment shall be held to have occurred as of the time of violation. The consent of the Commissioner of Patents shall not be given without the concurrence of the heads of the departments and the chief officers of the agencies who caused the order to be issued. A holding of abandonment shall constitute forfeiture by the applicant, his successors, assigns, or legal representatives, or anyone in privity with him or them, of all claims against the United States based upon such invention.

TITLE 35 — PATENTS § 183. Right to compensation

An applicant, his successors, assigns, or legal representatives, whose patent is withheld as herein provided, shall have the right, beginning at the date the applicant is notified that, except for such order, his application is otherwise in condition for allowance, or February 1, 1952, whichever is later, and ending six years after a patent is issued thereon, to apply to the head of any department or agency who caused the order to be issued for "compensation for the damage caused by the order of secrecy" and/or f"or the use of the invention by the Government, resulting from his disclosure."

VIOLATION OF TITLE 35—PATENTS § 184.

Copyright Protected © - 2017


Filing of application in foreign country Except when authorized by a license obtained from the Commissioner of Patents a person shall not file or cause or authorize to be filed in any foreign country prior to six months after filing in the United States an application for patent or for the registration of a utility model, industrial design, or model in respect of an invention made in this country. A license shall not be granted with respect to an invention subject to an order issued by the Commissioner of Patents pursuant to section 181 of this title without the concurrence of the head of the departments and the chief officers of the agencies who caused the order to be issued. The license may be granted retroactively where an application has been filed abroad through ""error and without deceptive intent"" and the application does not disclose an invention within the scope of section 181 of this title.

TITLE 28 USC § 271. Infringement of patent

(f)(1) Whoever without authority supplies or causes to be supplied in or from the United States all or a substantial portion of the components of a patented invention, where such components are uncombined in whole or in part, in such manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the patent if such combination occurred within the United States, shall be liable as an infringer.
(2) Whoever without authority supplies or causes to be supplied in or from the United States any component of a patented invention that is especially made or especially adapted for use in the invention and not a staple article or commodity of commerce suitable for substantial non-infringing use, where such component is uncombined in whole or in part, knowing that such component is so made or adapted and intending that such component will be combined outside of the United States in a manner that would infringe the patent if such combination occurred within the United States, shall be liable as an infringer.
(g) Whoever """without authority imports into the United States""" or offers to sell, sells, or uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent. In an action for infringement of a process patent, no remedy may be granted for infringement on account of the non-commercial use or retail sale of a product unless there is no adequate remedy under this title for infringement on account of the importation or other use, offer to sell, or sale of that product. A product which is made by a patented process will, for purposes of this title, not be considered to be so made after—
(1) it is materially changed by subsequent processes; or
(2) it becomes a trivial and nonessential component of another product.
(h) As used in this section, the term ''whoever'' includes any State, any instrumentality of a State, and any officer or employee of a State or instrumentality of a State acting in his official capacity. Any State, and any such instrumentality, officer, or employee, shall be subject to the provisions of this title in the same manner and to the same extent as any nongovernmental entity.
(i) As used in this section, an ''offer for sale'' or an ''offer to sell'' by a person other than the patentee, or any designee of the patentee, is that in which the sale will occur before the expiration of the term of the patent.

(b) Hereafter, whenever the copyright in any work protected under the copyright laws of the United States shall be infringed by the United States, by a corporation owned or controlled by the United States, or by a contractor, subcontractor, or any person, firm, or corporation acting for the Government and with the authorization or consent of the Government, the exclusive action which may be brought for such infringement shall be an action by the copyright owner against the United States in the Court of Federal Claims for the recovery of his reasonable and entire compensation as damages for such infringement, including the minimum statutory damages as set forth in section 504(c) of title 17, United States Code
Provided, however, That this subsection shall not confer a right of action on any certificate owner or any assignee of such owner with respect to any protected plant variety made by a person while in the employment or service of the United States, where such variety was prepared as a part of the official functions of the employee, or in the preparation of which Government time, material, or facilities were used:
And provided further, That before such action against the United States has been instituted, the appropriate corporation owned or controlled by the United States or the head of the appropriate agency of the Government, as the case may be, is authorized to enter into an agreement with the certificate owner in full settlement and compromise, for the damages accrued to him by reason of such infringement and to settle the claim administratively out of available appropriations.

A copyright usually confers on the owner under federal copyright law -->

-- to publicly disseminate literary or artistic work,
-- while conferring a bundle of intangible rights,
-- vesting the credit to him when made tangible,
-- while allowing control for a limitted time,
-- for both, multiplication of the copies of the works,
-- and the publication, adaptation or distribution
-- and for some works, the public performance or display

of the same in United States -----> to encourage public dissemination of his work.

Copyright Act of 1976, 17 U.S.C § 101, where federal protection extends to -->
--specified classes of works which have been "reduced to tangible form",
--whether publicly disclosed or not,
-- while "surviving" common-law copyright protection extends - only to
-- ephemeral (i.e unfixed) works or
-- tangible works which do not fall within the subject matter of federal protection.

False Advertisement:
MBRDNA, VW, Nissan, Lexus,
They authorized the commercial exploitation of my name. (Mercedez Benz R&D NA)
Associating me with an ex co-worker they didn't have hard facts to know I had anything to do with.

Copyright Protected © - 2017


Leahy-Smith America Invents Act (AIA) has amended various provision of the federal judicial code to deny state courts jurisdiction over legal actions relating to patents, plant vareity protection, or copyrights. e.g., 28 U.S.C § 1338(a)

"Invention" in federal patent statute, 35 U.S.C § 100 means, "invention or discovery" not wrt their "constitutional counterparts", but with "products or processes", respectively.

For a SM to be patentable it must -->
1) fall within specific category of a SM for which a "patent statute" provides protection
2) Meet a general standard of non-obviousness and novelty.

Utility patent is sought for:::
1) Process - that excludes - laws of nature, natural phenomena, abstract ideas, scientific principles, mental processes, printing systems, and mathematical formulae.
2) A machine
3) An article of manufacture
4) A composition of matter
5) An improvement of any of the foregoing classifications

A mathematical formula embodied in other computer programs, or digital computer in a process such as a computer program is patentable in a claim containing "statutory subject matter."

PP, KM
See for example, Arrhythmia Research Technology, Inc. v. Corazonix Corp., 958 F.2d 1053 (Fed.Cir 1992) where products and process claims directed to the analysis of electro-cardiographic signals in order to determine certain characteristics of heart function encompass statutory subject matter.

In re Alappat, 33 F.3d 1526 (Fed Cir.1994) patent directed to a means of creating a "smooth waveform" display in a digital oscilloscope claims statutory subject matter.

BUSINESS METHODS OF OPERATION ARE PATENTABLE AS WELL..
The Supreme Court, has held "business methods" to be "patentable subject matter" to the extent they are not abstract ideas, though subject to a "prior use defense".
Bilski v. Kappos, U.S., 10 S.Ct 3218, (2010)

ACCEPTABLE PATENTS:
Court of Appeals for the Federal Circuit (CAFC) has upheld that "data processing system" could be patented, but a method for a "competitive bidding" due to lack of "statutory subject matter" where there was "no transformative or conversion of subject matter representative of" or "constituting physical activities or objects". In re Shrader, 22 F.3d 290 (Fed.Cir 2009)

See also, In re Comiskey, 554 F.3d 967 (Fed.Cir.2009) holding a "method and system for mandatory arbitration" involving certain legal documents, such as wills and contracts, are not "patent-protectable" subject matter under patent eligibility test

Copyright Protected © - 2017


process under § 101 ... "useful, concrete, and tangible result" and the "algorithm applied to physical elements or process steps" tests.

An "article of manufacture" excludes an arrangement of printed matter and an article found in nature.
A "composition of matter" has been held to exclude a material found in nature.

For patents issued under the new "first-inventor-to-file" rules,
the AIA creates a new 'post-grant opposition procedures', in addition -
to 'existing ex-partes and inner partes re-examination procedures' (see 35 U.S.C §§302, 311) allowing limited "challenges" to a patent on §§ 102 or 103 grounds
on the basis of prior art consisting of patents or printed publications.

For patents issued under the new "first-inventor-to-file" rules,
the AIA creates a new 'post-grant opposition procedures', in addition -
to 'existing ex-partes and inner partes re-examination procedures' (see 35 U.S.C §§302, 311)
allowing limited "challenges" to a patent on §§ 102 or 103 grounds
on the basis of prior art consisting of patents or printed publications.

Opposers, by contrast, can challenge -
"validity" on any ground but must file their 'opposition'
within 'nine months' after the --
'grant of a patent'.

'Opposition and inter-parties' 're-examination' procedures
'cannot be instituted' if the 'petitioner' has "filed" a civil action
'challenging' the 'validity of a 'claim" of the patent, except for ---
'requests for preliminary injunction' ---> made within '3 months after issuance',
the 'civil action' will be automatically "stayed",
unless the patent owner moves to "lift the stay"

"Novelty" is present when an information is not identically "disclosed" in the "prior art".

Effective, March 13 2013, the AIA amends 35 U.S.C § 102 to define prior art as any disclosure, anywhere in the world that is
"patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention" subject to certain exception, including any publication by the inventor within one year of filing a patent application
(thus preserving a grace period allowing the inventor a limited window in which to publish prior to applying for a patent.)

The AIA also defines 'prior art' - to include.
any 'U.S. patent applications' (including foreign priority applications)
effectively 'filed and published' or 'deemed published'
by another 'inventor prior to the effective filing date' of the claimed invention,
thus embracing a "first to file" priority rule for the U.S patent applications.